UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENA TO KRISTA JACOBSEN | Case No. 25-mc-80104-JD<br><br>**ORDER RE TRANSFER** |

In this miscellaneous civil matter, petitioner Krista Jacobsen seeks to quash a subpoena that was issued to her in connection with a case pending in the Eastern District of Texas, *Headwater Research LLC v. Samsung Electronics Co., Ltd.*, Case No. 2:23-cv-00641-JRG-RSP (E.D. Tex.).

Jacobsen asks that this proceeding be "transferred to the United States District Court for the Eastern District of Texas, which issued Samsung's subpoena." Dkt. No. 1 at 11. Samsung does not oppose the transfer request. Dkt. No. 8 at 15.

Federal Rule of Civil Procedure 45(f) provides that "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances."

Pursuant to Rule 45(f) and Jacobsen's unopposed request, the matter is ordered transferred to the United States District Court for the Eastern District of Texas.

**IT IS SO ORDERED.**

Dated: May 22, 2025

JAMES DONATO
United States District Judge